IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, and
RITA BLEAZARD, REVENUE OFFICER,
INTERNAL REVENUE SERVICE,

        Petitioners,

vs.                               No. 09-MC-105-MLB-KMH

MARK C. CANNADY,

        Respondent.

## ORDER ENFORCING SUMMONS

This matter comes before the court on the Proposed Findings of Fact and Conclusions of Law of Magistrate Karen M. Humphreys filed herein on the 18th day of June, 2009. The Court, having reviewed the record made before Magistrate Humphreys at the hearing on the 9th day of June, 2009, hereby adopts the findings and recommendation of the Magistrate that the Internal Revenue Service (IRS) Summons should be enforced.

IT IS THEREFORE ORDERED that respondent, Mark C. Cannady, shall forthwith provide the records requested in the summons served in this matter on or before June 23, 2009.

IT IS FURTHER ORDERED that the summons issued in this matter be judicially enforced, and that the records set forth in the IRS Summons issued by Rita Bleazard, Revenue Officer, to the respondent shall be deposited in the following manner by the respondent, Mark C. Cannady, with Rita Bleazard, or someone at Agent Bleazard's direction in compliance with the IRS Summons issued herein:

> Records for the years 2002, 2003, 2004, 2005, 2006, and 2007, and/or Respondent's completed and originally signed tax returns for calendar years 2002, 2003, 2004, 2005, 2006, and 2007 shall be deposited no later than June 23, 2009 at the Internal

Revenue Service, 271 W. 3rd St. N., Wichita, Kansas 67202.

IT IS FURTHER ORDERED that, in the event respondent fails to fully comply with the IRS Summons as ordered herein, petitioner shall immediately notify this Court of the noncompliance and respondent shall be subject to citation in contempt of this order.

IT IS FURTHER ORDERED that service of the Order may be made upon respondent by serving respondent's counsel, William H. Zimmerman, by pre-paid, first-class mail.

    s/ Monti Belot
MONTI L. BELOT
UNITED STATES DISTRICT JUDGE

APPROVED:

LANNY D. WELCH
United States Attorney

_____
EMILY B. METZGER, # 10750
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (Fax)
emily.metzger@usdoj.gov